In the Matter of the Adoption of GEORGIA P. BRUNDAGE, an Adult, by FREDERICK W. KIRBY. JAMES M. KIRBY, Appellant; GEORGIA P. BRUNDAGE, Respondent.— Appeal by petitioner from an order made by the County Judge of Orange County denying petitioner's motion for an order, prior to the hearing and determination of any question of fact, vacating and setting aside an order of adoption. When the petition came on to be heard before the County Judge, and before any answer had been served, petitioner moved on the law for the relief sought by the petition. The County Judge denied the motion, gave respondent twenty days to answer, and adjourned the hearing until a later date. Insofar as the record discloses, petitioner's application has not been decided. Appeal dismissed, with $10 costs and disbursements. The order is not appealable. No substantial right of the petitioner has been affected, since the order merely postpones the determination sought until a later date, and denies relief until the application shall be fully submitted. (Cf. *Jackman* v. *Hasbrouck,* 168 App. Div. 256.) Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

In the Matter of HARRIET W. GEHR, Respondent, against BOARD OF EDUCATION OF THE CITY OF YONKERS et al., Appellants.— Appeal from an order which grants leave to respondent, pursuant to subdivision 5 of section 50-e of the General Municipal Law, to serve a notice of claim for damages for personal injuries more than ninety days after the claim arose, and from a judgment for costs entered thereon. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate and Schmidt, JJ., concur; Adel, J., dissents and votes to reverse the order and judgment and to deny the motion.